# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00142(1)-CRW |
| | § | |
| (1) Jose Manuel ALVAREZ-Villegas | § | |

## ORDER ACCEPTING GUILTY PLEA

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed June 23, 2026, wherein the defendant (1) Jose Manuel ALVAREZ-Villegas waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Jose Manuel ALVAREZ-Villegas to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Jose Manuel ALVAREZ-Villegas' plea of guilty to Counts One (1) and Two (2) is accepted.

Signed this 9th day of July, 2026.

_____

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE